UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**3.  RPI COATING, INC.;**
**4.  PHILIPPE GOUTAGNY; and**
**5.  JAMES THOMPSON,**

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The parties are ordered to meet and confer and submit a joint status report to the Court not later than **Friday, July 15, 2011.**  In the status report, the parties shall indicate the status of the case and whether the matter will be proceeding to trial.  If so, the parties shall submit proposed trial dates for a trial that would commence in the next **four** months.  The parties shall also submit the estimated length of such a trial.  Finally, the parties are ordered to inform the Court of any pretrial matters that are to be addressed prior to such trial date.

      A status conference is set for **Thursday, August 11, 2011 at 4:00 p.m.**

      Dated:  June 29, 2011