UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

3.  RPI COATING, INC.;
4.  PHILLIPPE GOUTAGNY; and
5.  JAMES THOMPSON,

  Defendant.

## ORDER

THIS MATTER came before the Court for a status conference on Wednesday, August 17, 2011.  For reasons stated on the record at the conference, I order the following:

It is ORDERED that the status conference is continued until **Monday, September 19, 2011 at 2:00 p.m.**  It is

FURTHER ORDERED that the parties shall submit an updated joint status report to the Court not later than **Monday, September 12, 2011.**  It is

FURTHER ORDERED that at the September 19, 2011 status conference, the parties shall inform the Court whether this case will settle or proceed to trial.  **This is the final date that the Court will entertain the possibility of settlement, and no extensions of time will be granted.**  On September 19, 2011, should the parties inform the Court that a settlement has not been reached, a trial date will be set.

Dated: August 17, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge